JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re Andrew Kwasi Donkor,   ) Case No. EDCV 11-0657-GW (DTB)
           Petitioner.   ) 
                              ) **J U D G M E N T**

    In accordance with the Order Summarily Dismissing Action for Lack of Subject Matter Jurisdiction filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED:    December 12, 2011

                                                _____
                                                GEORGE H. WU
                                                UNITED STATES DISTRICT JUDGE